# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC MILLER, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-01300-CFC |
| ) | |
| v. ) | |
| ) | |
| MIROMATRIX MEDICAL INC., PAUL ) | JURY TRIAL DEMANDED |
| BUCKMAN, WILLIAM BURKE, JOHN ERB, ) | |
| PETER MAAG, JEFFREY ROSS, and LISA ) | |
| WIPPERMAN HEINE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 1, 2024          **LONG LAW, LLC**

By:   */s/ Brian D. Long*
       Brian D. Long (#4347)
       3828 Kennett Pike, Suite 208
       Wilmington, DE 19807
       Telephone: (302) 729-9100
       Email: BDLong@longlawde.com

       *Attorneys for Plaintiff*